1 | McGREGOR W. SCOTT
United States Attorney
2 | CAMIL A. SKIPPER
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2709

**FILED**

OCT 0 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-MJ-339 GGH |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| SARAT GUL NOSAR, | |
| Defendant. | |

IT IS HEREBY ORDERED that:

The complaint filed in the above-captioned matter be UNSEALED.

DATED: 10/9/08

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1